**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO DAVID VELARDE-TRIANA,<br><br>　　　　　　　　Defendant. | Case No.: 15CR0536-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

　　Upon motion of the United States of America and good cause appearing,

　　IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

　　IT IS SO ORDERED.

　　DATED: March 26, 2015.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE DANA M. SABRAW
　　　　　　　　　　　　　　　　United States District Judge